**No. 10-8819. In re Shirley Remmert, Petitioner.**

563 U.S. 934, 131 S. Ct. 2100, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2962.

April 18, 2011. Petition for writ of mandamus denied.

**No. 10-8829. In re Niveen Ismail, Petitioner.**

563 U.S. 935, 131 S. Ct. 2103, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2885.

April 18, 2011. Petition for writ of mandamus denied.

**No. 10-8887. In re Jason Miears, Petitioner.**

563 U.S. 935, 131 S. Ct. 2101, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2938.

April 18, 2011. Petition for writ of mandamus denied.

**No. 10-9010. In re Michael Hamilton, Petitioner.**

563 U.S. 935, 131 S. Ct. 2109, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2850.

April 18, 2011. Petition for writ of mandamus denied.

**No. 10-9654. In re Asllan Muja, Petitioner.**

563 U.S. 935, 131 S. Ct. 2138, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2973.

April 18, 2011. Petition for writ of mandamus denied.

**No. 10-8837. In re Steven Wayne Goodman, Petitioner.**

563 U.S. 935, 131 S. Ct. 2103, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2879.

April 18, 2011. Petition for writ of mandamus and/or prohibition denied.

**No. 09-10664. Richard Paul Riggins, Petitioner v. Texas.**

563 U.S. 957, 131 S. Ct. 2145, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2931.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 848, 131 S. Ct. 97, 178 L. Ed. 2d 60, 2010 U.S. LEXIS 5810.

**No. 10-817. Anne Boston Parish, Petitioner v. Virginia.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2924.

April 18, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1220, 131 S. Ct. 1502, 179 L. Ed. 2d 306, 2011 U.S. LEXIS 1333.

**No. 10-6652. Christopher Hayden, et ux., Petitioners v. Anthony E. D'Amico, et al.**

563 U.S. 957, 131 S. Ct. 2146, 179 L. Ed. 2d 929, 2011 U.S. LEXIS 2994.

April 18, 2011. Petition for rehearing denied.